

# In the Missouri Court of Appeals
# Eastern District

JULY 31, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED102359 - STATE OF MISSOURI, APP V ROBERT E. BROWNE, RES